**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INDICTMENT**

1:26CR29 AW/ML

**SAMONTA LEONDRE JAMES**

_______________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about June 24, 2026, in the Northern District of Florida, the defendant,

**SAMONTA LEONDRE JAMES**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about September 22, 2021, **SAMONTA LEONDRE JAMES** was convicted in the State of Florida of Possession with Intent to Sell Cannabis within 1000 Feet of a Place of Worship and;

   b. On or about September 22, 2021, **SAMONTA LEONDRE JAMES** was convicted in the State of Florida of Possession with Intent to Sell Cannabis; and

FILED USDC FLND GV JUL 28 '26 PM2:25

2. For each of these crimes, **SAMONTA LEONDRE JAMES** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **SAMONTA LEONDRE JAMES** did knowingly possess a firearm, to wit, a Glock 10-millimeter handgun, and ammunition, that is, PMC 10-millimeter caliber.

4. This firearm and ammunition had previously been transported in interstate commerce and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**SAMONTA LEONDRE JAMES**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States and hereby forfeited to the United

States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

Redacted

7/28/2026

DATE

JOHN P. HEEKIN
United States Attorney

TYLER A. FLEMING
Assistant United States Attorney